UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY GELLER,

       Plaintiff,                              Case Number 17-13233
v.                                                     Honorable David M. Lawson

STATE OF MICHIGAN,

       Defendant,
and

UNITED STATES OF AMERICA,

       Interested party.
_____/

### ORDER DIRECTING CLERK TO DOCKET AMENDED COMPLAINT

On September 28, 2018, the Court received via registered mail a copy of an amended complaint submitted by the plaintiff. The amended pleading was conveyed to the Clerk of Court, and a copy subsequently was hand delivered by the plaintiff to the assigned magistrate judge, but it never was electronically filed. The Court therefore will direct the Clerk of Court to docket the amended complaint and deem it filed on the date that it was received by the Court.

Accordingly, it is **ORDERED** that the Clerk of Court forthwith shall docket the plaintiff's amended complaint, and the pleading shall be deemed **FILED** as of September 28, 2018.

                                                           s/David M. Lawson
                                                           DAVID M. LAWSON
                                                           United States District Judge

Date:  November 8, 2018

- 2 -

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 8, 2018.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI

- 2 -