# INDEX OF EXHIBITS

Exhibit 1    *J. Edward Kloian Foundation v. Findling*

Exhibit 2    *Musilli v. Googasian*

Exhibit 3    *Dietrich v. Grosse Pointe Park*

Exhibit 4    *Warren v. Burdi*

Exhibit 5    *Dutka v. Rosenthal*